UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00419-IM |
| v. | INFORMATION |
| TAYLOR CRAIG NEWBOLD, | 18 U.S.C. § 2113(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Bank Robbery)**
**(18 U.S.C. § 2113(a))**

On or about the January 7, 2022, in the District of Oregon, the defendant, Taylor Craig Newbold, by force, violence and intimidation did take from the person, money, namely $450.00 in United States currency, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

/ / / /

/ / / /

/ / / /

**COUNT 2**
**(Bank Robbery)**
**(18 U.S.C. § 2113(a))**

On or about the February 25, 2022, in the District of Oregon, the defendant, Taylor Craig Newbold, by force, violence and intimidation did take from the person, money, namely $5,450.00 in United States currency, belonging to and in the care, custody, control, management, and possession of Bank of America, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

**COUNT 3**
**(Bank Robbery)**
**(18 U.S.C. § 2113(a))**

On or about the July 22, 2022, in the District of Oregon, the defendant, Taylor Craig Newbold, by force, violence and intimidation did take from the person, money, namely approximately $6,000.00 in United States currency, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

Dated: December 2, 2022

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/Lewis S. Burkhart*_____
LEWIS S. BURKHART, OSB# 082781
Assistant United States Attorney